# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1185

_____

RAMONA WATSON,

Appellant,

v.

LUE MORRIS CALHOUN,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Susanne Wilson Bullard, Judge.

February 12, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christy Lopez, Gainesville, for Appellant.

Steven Donald Turnage of Law Offices of Steven Turnage, P.A., Gainesville, for Appellee.